**William M. HARRIS v. STATE.**

No. 17552.

Court of Criminal Appeals of Texas.

April 24, 1935.

Shead & Smith, of Longview, for appellant.

Lloyd W. Davidson, State's Atty., of Austin, for the State.

LATTIMORE, Judge.

Conviction for murder; punishment, five years in the penitentiary.

The record is here without any statement of facts or bills of exception. All matters of procedure appear regular.

The judgment will be affirmed.